NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CESAR AUGUSTO BERTRAND ZELAYA,     )
)
)
        Appellant,     )
)
v.     )     Case No. 2D16-1506
)
STATE OF FLORIDA,     )
)
        Appellee.     )
_____)

Opinion filed April 4, 2018.

Appeal from the Circuit Court for Collier County; Christine Greider, Judge.

Howard L. Dimmig, II, Public Defender, and Richard J. Sanders, Assistant Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Cornelius C. Demps, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.


        Affirmed.


LaROSE, C.J., and CASANUEVA and ATKINSON, JJ., Concur.